11/4/2024

To Ashely M Chan. I would like To file Stay of proceedings To stop The deed Transfer + further Actions of the defendant case # 24-13596-Amc

Sincerely

[signature]

FILED
NOV 4 2024