From Joseph Rickert

case # 2413596

To your Honorable Ashely M. Chan your Honor could i get some kind of document saying that i was in active bankruptcy Chapter seven prior to Sheriff Sale that took place and never should Have so i can give it to the purchaser to where has sold it Thnks Sincerely

Joseph Rickert

11/20/24

FILED
NOV 20 2024
TIMOTHY McGRATH, CLERK
BY ___ DEP CLERK